IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROMULUS NEDEA,**

    **Petitioner,**

  v.                                  **Case No. 2:05-cv-158**
                                             **JUDGE MARBLEY**
**S.A. TAMBI, Warden,**                  **MAGISTRATE JUDGE ABEL**

    **Respondent.**

## ORDER

On September 8, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED.**

                                                        s/Algenon L. Marbley
                                                     ALGENON L. MARBLEY
                                                     United States District Judge